642

No. 961. HERSHON, TRUSTEE IN BANKRUPTCY, *v.* ABELSON. May 7, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Marcy Finkelstein* for petitioner. *Mr. Harry Tabershaw* for respondent.

No. 975. ROBERTS ET AL. *v.* WASHINGTON TRUST Co. See *ante,* p. 608.

No. 1003. UNITED STATES EX REL. GALLIVAN *v.* HILL, WARDEN. May 14, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Burton Gallivan, pro se.* No appearance for respondent.

No. 1008. BENTON *v.* UNITED STATES. May 14, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Warren E. Miller* for petitioner. No appearance for the United States.

No. 903. UNITED STATES EX REL. NEW YORK WAREHOUSE, WHARF & TERMINAL ASSN., INC., ET AL. *v.* DERN, SECRETARY OF WAR. May 14, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Harper A. Holt, John Philip Hill, Francis W. Hill, Jr.,* and *Robert F. Cogswell* for petitioners. *Solicitor General Biggs, Assistant Attorney General Blair,* and *Messrs. Aubrey Lawrence* and *Charles Bunn* for respondent.